Date\Time: 7/6/2023 3:16:52 PM
Institution: CCWF
1:23-cv-00947-ADA-GSA (PC)

CDCR
**Inmate Statement Report**



| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| W92715 | STITH, CHARLENE | CCWF | D 513 1 | 002004 |

**Current Available Balance:**     $0.04

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THE OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Christina Mann* / Trust office

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 01/01/2023 | CCWF | BEGINNING BALANCE | | | | $24.99 |
| 01/04/2023 | CCWF | SALES | 50 | | ($23.65) | $1.34 |
| 02/23/2023 | CCWF | KEEFE | 22540380R | | $50.00 | $51.34 |
| 02/23/2023 | CCWF | RESTITUTION FINE PAYMENT | 22540380R | | ($25.00) | $26.34 |
| 03/09/2023 | CCWF | SALES | 5 | | ($26.15) | $0.19 |
| 03/25/2023 | CCWF | JPAY | 0000000154720102 | | $25.00 | $25.19 |
| 03/25/2023 | CCWF | RESTITUTION FINE PAYMENT | 0000000154720102 | | ($12.50) | $12.69 |
| 03/26/2023 | CCWF | KIOSK REQUEST - GTL | | | ($10.00) | $2.69 |
| 04/06/2023 | CCWF | SALES | 1 | | ($2.50) | $0.19 |
| 04/18/2023 | CCWF | JPAY | 0000000155632464 | | $50.00 | $50.19 |
| 04/18/2023 | CCWF | RESTITUTION FINE PAYMENT | 0000000155632464 | | ($25.00) | $25.19 |
| 04/20/2023 | CCWF | KIOSK REQUEST - GTL | | | ($5.00) | $20.19 |
| 05/10/2023 | CCWF | SALES | 99 | | ($19.85) | $0.34 |
| 05/19/2023 | CCWF | GTL | 21543446317349 | | $30.00 | $30.34 |
| 05/19/2023 | CCWF | RESTITUTION FINE PAYMENT | 21543446317349 | | ($15.00) | $15.34 |
| 05/19/2023 | CCWF | KIOSK REQUEST - GTL | | | ($5.00) | $10.34 |
| 05/30/2023 | CCWF | KIOSK REQUEST - GTL | | | ($5.00) | $5.34 |
| 06/06/2023 | CCWF | JPAY | 0000000157450622 | | $300.00 | $305.34 |
| 06/06/2023 | CCWF | RESTITUTION FINE PAYMENT | 0000000157450622 | | ($150.00) | $155.34 |
| 06/06/2023 | CCWF | SALES | 29 | | ($155.30) | $0.04 |
| 06/30/2023 | CCWF | JPAY | 0000000158338674 | | $20.00 | $20.04 |
| 06/30/2023 | CCWF | RESTITUTION FINE PAYMENT | 0000000158338674 | | ($10.00) | $10.04 |
| 06/30/2023 | CCWF | KIOSK REQUEST - GTL | | | ($10.00) | $0.04 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| **No information was found for the given criteria.** | | |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | |

## Restitution List

CDCR

**Inmate Statement Report**

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | TA061174 | Active | $5,000.00 | $0.00 | ($237.50) | $1,283.61 |