UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE STITH,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | No.  1:23-cv-0947 KES GSA (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 16) |

On August 28, 2023, the Court issued an order which recommended that this case be dismissed due to Plaintiff's failure to comply with its order to file a new completed application to proceed in forma pauperis or – in the alternative – to pay the filing fee in full. See ECF Nos. 13, 16 (order regarding new in forma pauperis application; findings and recommendations regarding same).

Since then, Plaintiff has submitted a completed application to proceed in forma pauperis (ECF No. 17), and the application has been granted (ECF No. 18).  Therefore, the Court's pending findings and recommendations order issued August 28, 2023 (ECF No. 16), will be vacated.

Accordingly, IT IS HEREBY ORDERED that the outstanding findings and recommendations order issued August 28, 2023 (ECF No. 16), is VACATED.

IT IS SO ORDERED.

    Dated: **June 5, 2024**     **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE