1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLENE STITH,                          Case No.  1:23-cv-00947-JLT-HBK (PC)

12              Plaintiff,                     AMENDED ORDER DIRECTING
                                               PLAINTIFF TO SHOW CAUSE UNDER
13         v.                                  FEDERAL RULE OF CIVIL PROCEDURE
                                               4(m)[1]
14   STATE OF CALIFORNIA, et al.,
                                               ORDER NOTING VOLUNTARY
15              Defendants.                    DISMISSAL UNDER RULE 41(a)(1)(A)(i) OF
                                               CERTAIN DEFENDANTS
16

17         This matter was reassigned to the undersigned magistrate judge on July 3, 2025, and is

18   before the Court following review of the file.  (*See* Doc. No. 36).

19         Plaintiff filed her complaint on June 23, 2023, and her first amended complaint on August

20   14, 2023.  (Doc. Nos. 1, 15).  The Clerk of Court issued summonses for Defendants on February

21   26, 2024.  (Doc. No. 21).  On August 29, 2024, Defendants California Department of Corrections

22   and Rehabilitation ("CDCR") and M. Pallares, along with Plaintiff, filed a stipulation to extend

23   those Defendants' deadline to respond, representing that "Plaintiff purportedly served Defendants

24   CDCR and M. Pallares … on August 13, 2024."  (Doc. No. 25).  The Court thus assumes that

25   service was effectuated upon Defendants CDCR and Pallares.

26         Noting that "no proofs of service indicating that the operative complaint in each matter

27   [related to this case] was served on the appropriate defendant(s) ha[d] been filed with the Court,"

28   _____

[1] This order supersedes the previous order to show cause.  (Doc. No. 38).

1    on November 12, 2024, the previously assigned magistrate judge ordered Plaintiff's counsel to

2    "inform the Court why he has not filed the appropriate proofs of service with the Court" or,

3    alternatively, file the proofs of service within seven days.  (Doc. No. 31).  On January 2, 2025, the

4    Court issued a second order after Plaintiff failed to respond.  (Doc. No. 33).  On January 6, 2025,

5    Plaintiff filed a response noting Plaintiff's voluntary dismissal of the State of California and

6    CDCR, Captain Turnen, AW Dotson, Sgt. Dawson, and Officer Gensel.  (Doc. No. 34).

7        Plaintiff may voluntarily dismiss any defendant or claim without a court order by filing a

8    notice of dismissal before the opposing party answers the complaint or moves for summary

9    judgment.  Fed. R. Civ. P. 41 (a)(1)(A)(i).  Here, no party has answered or moved for summary

10   judgment.  (*See* docket).  Thus, the Court will direct the Clerk of Court to correct the docket to

11   reflect Plaintiff's notice of voluntary dismissal under Rule 41(a)(1) of the aforementioned

12   Defendants.

13       Although Plaintiff requests that Officer Gregory Rodriguez remain a Defendant because

14   he has been served by Plaintiff (Doc. No. 34 at 2),  no proof of service as to Rodriguez has been

15   filed.  (*See generally* docket).  Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a

16   defendant within 90 days of filing the complaint.  The time may be extended for good cause

17   shown.  If a defendant is not served within the requisite period, after notice to plaintiff, the court

18   must dismiss the action without prejudice, or order that service be made within a certain time

19   period.  (*Id.*) (emphasis added).  Because more than 90 days have passed and it appears only

20   Defendants CDCR and Pallares have been served a copy of the complaint and summons, Plaintiff

21   is directed to show good cause why Defendant Gregory Rodriguez should not be dismissed under

22   Rule 4.

23       Accordingly, it is **ORDERED**:

24       1.    This Order to Show Cause SUPERSEDES the previous order to show cause

25   entered July 31, 2025.  (Doc. No. 38).

26       2.    Within fourteen (14) days of the date on this Order, Plaintiff shall show good

27   cause why Defendant Rodriguez should not be dismissed under Federal Rule of Civil Procedure

28   4(m).

2

3.      Failure to respond to this order will result in the recommendation that Plaintiff's claims against Defendant Rodriguez be dismissed without prejudice without further notice.

4.      The Clerk of Court shall correct the docket to reflect Plaintiff's notice of voluntary dismissal of Defendants State of California, CDCR, Captain Turnen, AW Dotson, Sgt. Dawson, and Officer Gensel consistent with Plaintiff's construed Rule 41(a)(1)(A)(i) notice (Doc. No. 34).


Dated:    July 31, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE