1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE STITH,<br><br>            Plaintiff,<br><br>        v.<br><br>GREG RODRIGUEZ, MICHAEL PALLARES,<br><br>            Defendants. | Case No.  1:23-cv-00947 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Docs.  27, 44) |

Charlene Stith is a state prisoner proceeding through counsel on her First Amended Complaint for Violation of Civil and Constitutional Rights under 42 U.S.C. § 1983. (Doc. 15, "FAC".)  The assigned Magistrate Judge issued Findings and Recommendations to grant Defendant's Pallares motion to dismiss; find the motion moot as to Defendant California Department of Corrections; and allow Plaintiff leave to amend her Eighth Amendment claim against Defendant Pallares. (Doc. 44 at 1, 6.)  The Court served the Findings and Recommendations the parties and notified them that any objections were to be filed within 14 days. (*Id*. at 12.)  The Court also warned the parties that failure to timely file objections "may result in the waiver of certain rights on appeal." (*Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  No party has filed objections and the time to do so has passed. (*See* docket.)

1     According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this
2 case. Having carefully reviewed the matter, the Court concludes the Findings and
3 Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

4     1. The Findings and Recommendations, issued on September 25, 2025 (Doc. 44), are
5        **ADOPTED** in full.
6     2. Defendants' Motion to Dismiss (Doc. 27) is **GRANTED** with respect to Plaintiff's
7        claims against Defendant Pallares.
8     3. Defendants' Motion to Dismiss (Doc. 27) is **DENIED** as moot with respect to CDCR
9        and the request that the Court screen the FAC.
10    4. Plaintiff's FAC (Doc. 15) is **DISMISSED without prejudice as to Defendant**
11       **Pallares** and Plaintiff is granted leave to file a second amended complaint within
12       **twenty-one days** of this order.

IT IS SO ORDERED.

Dated:   **October 24, 2025**

*[signature]*
UNITED STATES DISTRICT JUDGE