UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE STITH,<br>Plaintiff,<br>v.<br>GREG RODRIGUEZ,<br>Defendant. | Case No. 1:23-cv-00947-JLT-HBK (PC)<br>ORDER TO SHOW CAUSE<br>AUGUST 12, 2026 DEADLINE |

This matter comes before the Court on periodic review of the file. Plaintiff, a state prisoner, proceeds through counsel in this civil rights action. On February 9, 2026, the Clerk entered default under Federal Rule of Civil Procedure 55(a) against the sole defendant, Greg Rodriguez. (Doc. 53). Following the absence of any activity in this case, on June 9, 2026, the Court ordered Plaintiff, within 30 days, to file a motion for default judgment or otherwise show cause why this action should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute. (Doc. 54). Plaintiff has not filed a motion for default judgment or otherwise responded to the Court's order. No additional action has been taken to prosecute this case. Plaintiff's failure to comply with the Court's order and prosecute this action warrants dismissal under Federal Rule of Civil Procedure 41(b) and Local Rule 110.

Accordingly, IT IS ORDERED:

No later than August 12, 2026, Plaintiff shall show cause in writing why this case should

not be dismissed for failure to prosecute. Plaintiff's failure to timely respond to this order may result in a dismissal under Rule 41(b) and Local rule 110 without further warning.

Dated: August 5, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE